# United States Court of Appeals
# for the Federal Circuit

---

**SONYA GIDDINGS,**

*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**

*Respondent*

---

2020-1138

---

Petition for review of the Merit Systems Protection Board in No. PH-1221-19-0122-W-1.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

June 1, 2020                     /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court